UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON

| | |
|---|---|
| IN RE:<br>LISA HUBBARD | CASE NO. 09-60231 |
| DEBTOR(S) | |
| MAXIE HIGGASON, TRUSTEE FOR<br>LISA HUBBARD | PLAINTIFF(S) |
| v. | ADV. NO. 09-6059 |
| STATE FARM BANK;<br>LISA HUBBARD | DEFENDANT(S) |

***ALL PLEADINGS REGARDING THIS MATTER MUST BE CAPTIONED WITH
THE ABOVE ADVERSARY PROCEEDING AND BANKRUPTCY CASE NUMBERS

**SUMMONS**

YOU ARE SUMMONED and required to file electronically a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days after the date of issuance of this summons.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney at the following address:

Maxie E Higgason Jr.
109 W 1st Street
Corbin KY 40701

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

SUMMONS
ADV. NO. 09-6059

**IF YOU FAIL TO RESPOND TO THE SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Jerry D. Truitt, Clerk
US Bankruptcy Court

By: _____Alisa Feck_____
Alisa Feck, Deputy Clerk

Date of Issuance: 7/20/2009