**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE:

| | |
|---|---|
| **LISA HUBBARD** <br> **DEBTOR(S)** | **CASE NO:  09-60231** |
| **MAXIE HIGGASON, TRUSTEE** <br> **FOR LISA HUBBARD** | **PLAINTIFF(S)** |
| V. | **ADV NO. 09-6059** |
| **STATE FARM BANK** <br> **LISA SUE HUBBARD** | **DEFENDANT(S)** |

**AFFIDAVIT OF SERVICE**

     Acting on behalf of the plaintiff, the undersigned states that service of process was made on each defendant at his or her last known address and upon the attorney for each defendant at that attorney's post office address by mailing the Summons issued herein by the Court on July 20, 2009, together with a copy of the Complaint and **Order for Trial**.

     A copy of the Summons, Complaint and **Order for Trial** was served on each defendant by first class mail, postage prepaid, by depositing same in the U.S. mail on July 22, 2009. **Listed at the end of this form (use a separate page, if necessary) are the names and addresses of each party defendant and attorney so served.**

                                                             /s/ Maxie E. Higgason
                                                              Name of Affiant

                                                               109 West 1st Street
                                                               Corbin, KY 40701
                                                               Address of Affiant

Subscribed and sworn to before me on July 22, 2009.

My Commission expires: December 15, 2009

                              Lisa Shell Gallimore
                              Notary Public

Note: If the debtor is the defendant, Rule 7004 (b)(9) requires service on both the debtor and the debtor's attorney, if the debtor is represented by an attorney.

**Served on:**

STATE FARM
ATTN: CHIEF EXECUTIVE OFFICER
P.O. BOX 5961
MADISON, KY 53705

LISA HUBBARD
P.O. BOX 512
HEIDRICK, KY 40949-0512